**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00658-REB

D. EDWARD WALTER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC., et al.,

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on defendants **Unopposed Motion For Leave To File a Combined Motion and Brief To Dismiss in Excess of 15 Pages** [#71] filed March 2, 2010. The motion is **GRANTED**. Defendants may file a combined motion and brief to dismiss containing up to twenty (20) pages of introduction, background, argument, authority, and closing, and additional pages as needed for a cover page, table of contents, table of authorities, signature block, and the certificate of service.

    Dated: March 2, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.