## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 09-cv-00658-REB
(Consolidated with Civil Action Nos. 09-cv-00952-REB-CBS)

D. EDWARD WALTER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC., et al.,

    Defendants.

## ORDER DISMISSING PLAINTIFF DEMITRA DAGRES, ONLY

**Blackburn, J.**

The matter before me is the parties' **Rule 41 Stipulation of Dismissal** [#89] filed July 19, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that Demitra Dagres, who is a plaintiff in Civil Action Nos. 09-cv-00658-REB-CBS, and 09-cv-00952-REB-CBS, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Rule 41 Stipulation of Dismissal** [#89] filed July 19, 2010, is **APPROVED**;

2. That Demitra Dagres, who is a plaintiff in Civil Action Nos. 09-cv-00658-REB-CBS, and 09-cv-00952-REB-CBS, is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That based on the dismissal of 09-cv-00952-REB-CBS, the case caption is **AMENDED** to read as follows:

Civil Action No. 09-cv-00658-REB-CBS

D. EDWARD WALTER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC., et al.,

    Defendants.

Dated July 20, 2010, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Robert E. Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge