# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-0658-REB-CBS

D. EDWARD WALTER, and
ALICE TEETERS, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

LEVEL 3 COMMUNICATIONS, INC.,
JAMES Q. CROWE,
KEVIN O'HARA,
RICHARD R. JAROS,
ROBERT JULIAN,
SUNIT PATEL,
ROBIN GREY,
CATHLEEN CHAMBLISS,
RAFAEL MARTINEZ-CHAPMAN,
ALAN CHOW, and
DOES 1-10,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Leave to File Second Amended Complaint and to Enter Revised Class Certification Briefing Schedule (*doc. # 116*) is GRANTED. On or before, **July 28, 2010**, counsel shall file a Second Amended Complaint, with a correct case caption that reflects Ms. Teeters status as a plaintiff and complies with District Judge Blackburn's Order (*doc. # 118*) dated July 20, 2010. Accordingly, Plaintiff's proposed Second Amended Complaint (*doc. # 116-1*) is not accepted for filing at this time.

    IT IS FURTHER ORDERED that the class certification briefing schedule is modified as follows:

    07/20/2010    Plaintiffs to Produce Documents of Alice Teeters in Response to Defendants' First Request for Production of Documents

| | |
|---|---|
| 08/02/2010 | Defendants to Produce Documents of Alice Teeters in Response to Plaintiffs' First Request for Production of Documents |
| 08/04/2010 | Plaintiffs' Revised Motion for Class Certification adding Plaintiff Alice Teeters |
| 08/04/2010 | Plaintiffs' Supplemental Brief not to exceed five pages (excluding caption and signature page), limited to Ms. Teeter's adequacy as a class representative |
| 08/13/2010 | Deposition of Alice Teeters in Pittsburgh, PA |
| 08/30/2010 | Defendants' Supplemental Brief not to exceed five pages (excluding caption and signature page), limited to Ms. Teeter's adequacy as a class representative |
| 09/10/2010 | Plaintiffs' reply in support of Revised Motion for Class Certification |

**DATED:** July 26, 2010