# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-00658-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 21, 2011 | **Courtroom Deputy:** Linda Kahoe |

D. EDWARD WALTER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC., *et al.*,

    Defendants.

Peter Muhic
Mark K. Gyandoh
Kevin David Allen
Patrice Lyn Bishop
Roy Shimon

Paul C. Flum

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:     9:20 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Plaintiffs' Motion and Memorandum to Compel Production of Documents Claimed to be Privileged by Defendants, doc #[136], filed 9/3/2010.

The court rules from the bench.

For the reasons as stated on the record, it is:

**ORDERED:**  Plaintiffs' Motion and Memorandum to Compel Production of Documents Claimed to be Privileged by Defendants, doc #[136], is **DENIED**. Attorneys' fees and costs will not be awarded. Any Objections to the ruling are due within 14 days from today's date.

HEARING CONCLUDED.

**Court in recess**:        9:26 a.m.
Total time in court:    00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.