**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00658-REB

D. EDWARD WALTER, individually and on behalf of all others similarly situated,

    Plaintiff,
v.

LEVEL 3 COMMUNICATIONS, INC., et al.,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The parties filed a **Second Joint Status Report To Court Regarding Outcome of Mediation** [#162] on March 22, 2011.  The parties report that they have reached a settlement in principle and now are preparing a settlement agreement and supporting papers, as well as a motion for preliminary approval of the settlement.  As a result, the parties ask that proceedings on the defendants' pending motion to dismiss and motion for class certification be stayed.

    In light of the pending settlement, the **Defendants' Combined Motion and Brief To Dismiss First Amended Complaint and To Strike Jury Demand** [#73] and the **Plaintiffs' Revised Motion For Class Certification and Memorandum in Support Thereof** [#124] are **DENIED** without prejudice.  If the pending settlement does not ripen into a complete settlement of the case, then the appropriate party may renew either of these motions by filing a brief notice with the court indicating that they would like to renew the motion.

    The **Plaintiffs' Motion For Class Certification and Memorandum in Support Thereof** [#100] filed June 7, 2010, is **DENIED** as moot.  That motion [#100] was supplanted by the revised motion for class certification [#124].

    Dated:  March 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.